```
James A. McFall, Esq., SBN 120650
Sommer C. Kenney, Esq. SBN 229774
NEIL, DYMOTT, FRANK, HARRISON
& McFall APLC
1010 Second Avenue, Suite 2500
San Diego, CA 92101-4906
Phone: (619) 238-1712
Fax:   (619) 238-1562

Attorneys for Plaintiff, VIGOBYTE de MEXICO

Greg Garbacz, Esq.
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, CA 92101
Phone: (619) 239-8131
Fax:   (619) 238-8707

Attorney for UNISOURCE WORLDWIDE, INC.
```

FILED
2006 OCT -2  AM 9:58
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIGOBYTE de MEXICO, a Mexican Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>UNISOURCE WORLDWIDE, INC., a Georgia Corporation located in California, and DOES 1-10, inclusive,<br><br>    Defendants, | Case No. 06CV0271 JM POR<br><br>**JOINT STIPULATION FOR DISMISSAL** |
| UNISOURCE WORLDWIDE, INC., A Georgia Corporation located in California<br><br>    Counter-Claimant,<br>v.<br><br>VIGOBYTE de MEXICO, a Mexican Corporation, and ROES 1 through 25, inclusive,<br><br>    Counter-Defendants. | Complaint Filed: 02/06/06<br>Trial Date:  None<br>Courtroom:  6<br>Judge: Hon. Jeffrey T. Miller |

IT IS HEREBY STIPULATED AND AGREED, by and between, Plaintiff/Counter-Defendant, VIGOBYTE DE MEXICO ("VIGOBYTE) by and through its attorneys Neil, Dymott, Frank, Harrison and McFall, APLC, and Defendant/Counter-Claimant, UNISOURCE WORLDWIDE, INC. (UNISOURCE), by and through its attorneys of record, Klinedinst PC, that the parties have executed a full settlement agreement and mutual release of liability.   Settlement funds have been disbursed.  Furthermore, the parties, having resolved this matter do hereby agree and stipulate to the dismissal of this entire matter and all related actions, with prejudice as follows.

1. VIGOBYTE will dismiss UNISOURCE from the First Cause of Action for Breach of Contract, with prejudice;

2. VIGOBYTE will dismiss UNISOURCE from the Second Cause of Action for Breach of the Implied Warranty of Merchantability, with prejudice;

3. VIGOBYTE will dismiss UNISOURCE from the Third Cause of Action for Breach of the Implied Warranty of Fitness for the Ordinary Purpose, with prejudice;

4. VIGOBYTE will dismiss UNISOURCE from the Fourth Cause of Action for Breach of the Implied Warranty of Fitness for a Particular Purpose, with prejudice;

5. VIGOBYTE will dismiss UNISOURCE from the Fifth Cause for Misrepresentation, with prejudice;

6. VIGOBYTE will dismiss UNISOURCE from the Sixth Cause for Rescission of Contract, with prejudice;

7. VIGOBYTE will dismiss UNISOURCE from the Seventh Cause for Money Had and Received, with prejudice;

8. UNISOURCE will dismiss VIGOBYTE from its First Cause for breach of Contract, with prejudice;

9. UNISOURCE will dismiss VIGOBYTE from its Second Cause for Goods Sold

and Delivered, with prejudice; and

10.     UNISOURCE will dismiss VIGOBYTE from its Third Cause for Account stated, with prejudice.

IT IS SO STIPULATED.

Dated: 9/21/2004

NEIL, DYMOTT, FRANK, HARRISON & MCFALL
A Professional Law Corporation

By: _____
James A. McFall, Esq.
Sommer C. Kenney, Esq.
1010 Second Ave, #2500
San Diego, CA 92101
619/238-1712
Attorneys for VIGOBYTE de MEXICO

Dated: 9/21/04

KLINEDINST PC

By: _____
Greg Garbacz, Esq.
501 West Broadway, Suite 600
San Diego, CA 92101
619/239-8131
Attorney for UNISOURCE WORLDWIDE, INC.

JGA7503

FILED
OCT 2 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIGOBYTE de MEXICO, a Mexican Corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>UNISOURCE WORLDWIDE, INC., a Georgia Corporation located in California, and DOES 1-10, inclusive,<br><br>      Defendants, | Case No. 06CV0271 JM POR<br><br>▬▬▬▬▬ ORDER OF THE COURT TO DISMISS ENTIRE ACTION |
| UNISOURCE WORLDWIDE, INC., A Georgia Corporation located in California<br><br>      Counter-Claimant,<br>v.<br><br>VIGOBYTE de MEXICO, a Mexican Corporation, and ROES 1 through 25, inclusive,<br><br>      Counter-Defendants. | Complaint Filed: 02/06/06<br>Trial Date: None<br>Courtroom: 6<br>Judge: Hon. Jeffrey T. Miller |

///

///

///

## ORDER OF THE COURT

The parties having stipulated to the settlement of this entire action, and good cause appearing **IT IS HEREBY ORDERED** that this action and related actions be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 9/29/06

Honorable Jeffrey T. Miller
Judge of the U.S. District Court
Southern District of California